**IT IS SO ORDERED.**

**Dated: 02:32 PM June 30 2010**

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1005259
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 10-51881 |
| James Hubert Conway<br>Mariane NMN Goebel-Conway | Chapter 7 |
| | Judge Shea-Stonum |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**835 NEEDHAM COURT, MACEDONIA, OH 44056** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket 9). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 835 Needham Court Macedonia, OH 44056.

###

SUBMITTED BY:

/s/ Rachel K Pearson
Rachel K Pearson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0079176
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

James Hubert Conway - Debtor
835 Needham ct.
Macedonia, OH 44056
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Christine K. Corzin, Esq. - Attorney for Debtors
304 N Cleveland-Massillon Rd
Akron, OH 44333
ccorzin@csu-law.com
VIA ELECTRONIC SERVICE

Mariane NMN Goebel-Conway - Debtor
835 Needham Ct.
Macedonia, OH 44056
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Greystone Village Homeowners Assoc. – Interested Party
33165 Solon Rd.
Solon, OH 44139
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Rachel K Pearson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Robert S. Thomas, II - Trustee
One South Main Street, 2nd Floor
Akron, OH 44308
rsttrustee@yahoo.com
VIA ELECTRONIC SERVICE